UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIELLE ROMO, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security )<br>)<br>*Defendant*. )<br>_____) | CASE NO.   CV14-00419-BJR-BAT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO *PROCEED IN FORMA PAUPERIS* |

### **ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS***

The Court, after considering Plaintiff's amended application to proceed *in forma pauperis* (IFP), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find that:

(1)   The Court declines to adopt the Report and Recommendation.

(2)   Given that Plaintiff's formerly defective IFP application has since been amended and corrected, and Plaintiff meets the requirements set forth in 28 U.S.C. § 1915(a) to proceed *in forma pauperis*, the Court hereby **GRANTS** Plaintiff's Motion to Proceed *In Forma Pauperis*.

(3)    To proceed *in forma pauperis*, a plaintiff is required to "*complete* the IFP application approved for use in [the Western District of Washington] for the specific type of case," which, in this jurisdiction, requires the plaintiff's signature. (W.D. Wash. R. 3b1) (emphasis added). It is counsel's responsibility to see that this is accomplished in a timely manner. *See* Decl. and Application to Proceed *In Forma Pauperis* and Written Consent for Payment of Costs at 2. The Court notes that Mr. Yanich has had a pattern of submitting unsigned and therefore facially invalid IFP applications on behalf of his clients. Such behavior may prove sanctionable should it continue to occur.

(4)    The Clerk of the Court is respectfully directed to file the complaint. The Clerk of the Court is further directed to send copies of this Order to the parties and to Judge Tsuchida.

**IT IS SO ORDERED.**

DATED this 22nd day of May, 2014.

_Barbara J. Rothstein_
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE