1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14
15
16
17

| DANIELLE ROMO, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CASE NO.   14-CV-419-BJR-BAT |
| | ) | |
| v. | ) | |
| | ) | ORDER REVERSING COMMISSIONER |
| | ) | AND REMANDING FOR FURTHER |
| | ) | PROCEEDINGS |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

The Court, having reviewed the Complaint, the briefs of the parties, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby order:

(1)   The Court ADOPTS the Report and Recommendation and finds that the decision of the Administrative Law Judge was not supported by substantial evidence;

(2)   The Court REVERSES the decision of the Commissioner;

(3)   On remand, the Administrative Law Judge shall reconsider the available evidence and further develop the record as discussed in the Report and Recommendation;

1

(4)　The Clerk of the Court is respectfully directed to send copies of this Order to Plaintiff, Defendant, and to Judge Tsuchida.

**IT IS SO ORDERED.**

DATED this 5th day of January, 2015.

_Barbara J Rothstein_
_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE